PROB 12C
(6/16)

Report Date: March 2, 2017

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 03, 2017

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: William Clinton Palmer, III          Case Number: 0980 2:16CR00130-SAB-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Court Judge

Date of Original Sentence: December 15, 2016

Original Offense:        Escape from Federal Custody, 18 U.S.C. § 751(a)

Original Sentence:       Prison - 6 months           Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Stephanie A. Van Marter      Date Supervision Commenced: February 9, 2017

Defense Attorney:        Federal Defenders Office     Date Supervision Expires: February 8, 2020

## PETITIONING THE COURT

To issue a warrant

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law.<br><br>**Supporting Evidence**: On February 23, 2017, Mr. Palmer violated his conditions of supervised release in Spokane, Washington, for introducing contraband into the Thomas S. Foley U.S. Courthouse. Mr. Palmer entered the Thomas S. Foley U.S. Courthouse on February 23, 2017, and was found to be in possession of marijuana and drug paraphernalia. |
| 2 | **Special Condition # 10:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence:** On or about March 1, 2017, Mr. Palmer violated his conditions of supervised release by using marijuana. Mr. Palmer reported to the probation office and submitted a random urinalysis test. The sample tested presumptive positive for marijuana and was sent to Alere Toxicology for further testing. He admitted to using marijuana and signed a drug use admission form. |

Prob12C
**Re: Palmer, III, William Clinton**
**March 2, 2017**
**Page 2**

3     **Standard Condition # 13:** You must follow the instructions of the probation officer related to the conditions of supervision.

**Supporting Evidence:** On March 1, 2017, Mr. Palmer was directed by the undersigned officer to report to the Spokane Residential Reentry Center (RRC) on March 2, 2017, to begin his public law placement. He arrived at the RRC on March 2, 2017, then immediately absconded, minutes after arriving. His current whereabouts are unknown, and it appears Mr. Palmer has absconded from supervision.

4     **Special Condition # 12:** You shall reside in a residential reentry center (RRC) for a period of up to 180 days at the direction of the supervising officer. Your participation in the program offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. You shall abide by the rules and requirements of the facility.

**Supporting Evidence:** On March 1, 2017, Mr. Palmer was directed by the undersigned officer to report to the RRC on March 2, 2017, to begin his public law placement. Mr. Palmer went to the RRC on March 2, 2017, then immediately absconded, minutes after arriving. His current whereabouts are unknown, and it appears Mr. Palmer has absconded from supervision.

5     **Standard Condition #5:** You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence:** On March 2, 2017, Mr. Palmer absconded from the RRC and his current whereabouts are unknown. He has yet to inform the undersigned officer of his current living situation. His currents whereabouts are unknown.

6     **Mandatory Condition #2:** You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence:** Mr. Palmer violated his conditions of supervision in Spokane, Washington, for being in possession of marijuana on March 2, 2017. According to RRC staff, Mr. Palmer was found to be in possession of marijuana upon his arrival at the RRC. He absconded from the RRC shortly after he was found to be in possession of the marijuana, and his current whereabouts are unknown.

Prob12C
**Re: Palmer, III, William Clinton**
**March 2, 2017**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/02/2017

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[XX]  The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Stanley A. Bastian*

Signature of Judicial Officer

3/3/2017

Date